# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DWIGHT LEBLANC | CIVIL ACTION |
| VERSUS | NO.: 06-4139 |
| JAMES LEBLANC, WARDEN | SECTION "A" (6) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date that the petitioner has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the petition is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 19th day of May 2009.

**JAY C. ZAINEY**
**UNITED STATES DISTRICT JUDGE**